# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**Beverly W. Landstreet, III**, *et al.*,

    **Plaintiffs,**

-v-                                                      **Case No.: 2:03 cv 0327**
                                                          **JUDGE SMITH**
                                                          **Magistrate Judge King**

**The Midland Life Ins. Co.**, *et al.*,

    **Defendants.**

## ORDER

The undersigned Judge hereby **RECUSES** himself from further participation in this case.

The Clerk shall reassign this case to an active Judge in this Division.

       **IT IS SO ORDERED.**

**DATE: November 3, 2006**                                    */s/ George C. Smith*
                                                               **George C. Smith, Judge**
                                                                **United States District Court**